Columbus Bar Association *v.* Beckett.

[Cite as Columbus Bar Assn. *v.* Beckett (1988), 37 Ohio St. 3d 160.]

(No. D.D. 88-3—Submitted February 16, 1988—Decided June 15, 1988.)

*Bruce A. Campbell* and *Curtis F. Gantz,* for relator.

*Per Curiam.* This court finds that respondent violated the Disciplinary Rules indicated by the board and adopts its recommendation. Respondent is therefore ordered indefinitely suspended from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.